UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CAYLON HARRIS,

    Plaintiff,

v.

LAWRENCE, St. Clair County Sheriff,

    Defendant.

Case No. 23-cv-4006-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the Court's June 12, 2024, order to show cause (Doc. 11). In that order, the Court noted that there is no evidence in the record that service of process has been effected upon defendant Sheriff Lawrence within 90 days after the filing of the complaint, as prescribed by Federal Rule of Civil Procedure 4(m). The Court ordered plaintiff Caylon Harris to show cause on or before July 2, 2024, why this case should not be dismissed without prejudice for failure to timely effect service and warned the plaintiff that his failure to respond in a timely manner would result in dismissal of this action. The plaintiff has not responded to the order to show cause. Accordingly, the Court hereby **DISMISSES** this case **without prejudice** pursuant to Rule 4(m) and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  July 18, 2024**

                                                s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**