UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CAYLON HARRIS,

            Plaintiff,

    v.

LAWRENCE, St. Clair County Sheriff,

            Defendant.

Case No. 23-cv-4006-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:  July 19, 2024**

                  **MONICA A. STUMP, Clerk of Court**

                  **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**